JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE JAMES BRUNT, | ) | NO. EDCV 21-0231-CJC (KS) |
|        Plaintiff, | ) | |
|    v. | ) | JUDGMENT |
| UNITED STATES OF AMERICA, et al, | ) | |
|        Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 28, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE